**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **CIRO LOPEZ** § § § | |
| v. § | Case No. 6:18-cv-340 |
| § § | |
| **VENGROFF WILLIAMS, INC.** § § | |

## ORDER

In consideration of Plaintiff's filing of a Notice of Voluntary Dismissal With Prejudice before an answer or motion for summary judgment by the Defendant in the above-styled case, the Court hereby **DISMISSES WITH PREJUDICE** all claims against all Defendant in this case pursuant to FED. R. CIV. P. 41(a)(1).

The Clerk of the Court is directed to close the case.

**So ORDERED and SIGNED this 28th day of August, 2018.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE